# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 24-1080-JAK (JPRx)**        Date: **September 13, 2024**
Title:  **John Ho v. KJG Capital LLC**

================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause re Sanctions for Failure to Comply with Court Order**

================================================================

PRESENT:

       **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT:
    None present                                        None present

**PROCEEDINGS: (IN CHAMBERS)**

       On August 2, 2024, at the parties' request, the Court set a settlement conference for September 18 and ordered the parties to take certain steps to prepare for it.  One of those was to submit mandatory settlement-conference statements no later than one week before the settlement conference.  Although Defendant complied with the order, to date the Court has not received the mandatory statements from Plaintiff.  He is therefore ORDERED TO SHOW CAUSE in writing no later than noon on Wednesday, September 17, 2024, why he should not be sanctioned $750 for failure to comply with the Court's order.  If the parties file a notice of settlement before then, the OSC will automatically be discharged.

       Because Plaintiff has not complied with the Court's order, the Court lacks the information it needs to proceed with the settlement conference next week.  If Plaintiff does not submit his settlement-conference statements by Monday, September 16, at noon, the settlement conference will be vacated and Plaintiff will again be ordered to show cause, this time for why he should not be sanctioned Defendant's reasonable attorney's fees and costs for having to prepare for a settlement conference that could not take place due to his ignoring his Court-ordered responsibilities in prosecuting this lawsuit.

       cc: Judge Kronstadt

MINUTES FORM 11                                                                      Initials of Deputy Clerk: bm
CIVIL-GEN