PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave.
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  JOHN HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>KJG CAPITAL, LLC, a limited liability company<br><br>　　　　　Defendants. | Case No.: 2:24-01080-JAK-JPR<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>[Hon. John A Kronstradt *presiding*] |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 30 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: September 19, 2024

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

JOHN HO